**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3213
EMAIL: ASYNNOTT@PAULWEISS.COM

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024

---

*In light of the parties' letters [ECF Nos. 27, 28, 29], Respondent's Motion to Dismiss or in the Alternative to Stay [ECF Nos. 20, 21] is DENIED as moot without prejudice to renewal if the parties are unable to resolve this matter. The parties shall file a joint status letter on September 16, 2024. The Clerk of Court respectfully is directed to terminate the motion at docket number 20.*

Date: September 3, 2024
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

---

July 24, 2024

<u>Via ECF</u>

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Dunor Energía S.A.P.I. de C.V.* v. *Comisión Federal de Electricidad*, No. 1:22-cv-10584: Petitioner's Notice of Supplemental Authority

Dear Judge Vyskocil:

Pursuant to Rule 2.B of this Court's Individual Rules of Practice in Civil Cases, Respondent *Comisión Federal de Electricidad* ("CFE") respectfully submits this letter in response to Petitioner's Notice of Supplemental Authority (Dkt. 27).

In Respondent's Motion to Dismiss or in the Alternative, Motion to Stay (Dkt. 21), CFE requested that this Court dismiss Dunor's Second Amended Petition to Recognize and Enforce Foreign Arbitral Award (the "Petition") (Dkt. 19) on grounds of *forum non conveniens*, or alternatively, that it stay the proceedings pending resolution of the Mexican annulment proceedings. As Respondents noted, "the decision of the Mexican court will either vacate the award, leaving this Court with nothing to recognize and enforce, or confirm the award, thereby mooting the need for this Court to confirm the award" (Dkt. 21 at 23).

On May 27, 2024, the Mexican court rejected CFE's annulment request and ordered enforcement of the Award (*see* Dkt. 27-1). CFE does not plan to pursue any further challenges to the Award, and intends to pay the Award in full. We anticipate that the parties will agree to dismiss Dunor's Petition upon satisfaction of the award. Accordingly, Respondent does not believe that any further action from the Court is needed at this time.

Respectfully Submitted,

*/s/      Aidan Synnott*
Aidan Synnott

cc:   All counsel of record via ECF

Doc#: US1:19757518v2