UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNOR ENERGIA S.A.P.I. DE C.V.,

        Plaintiff,

-against-

COMISION FEDERAL DE ELECTRICIDAD,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2024

22-cv-10584 (MKV)

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a joint status letter from the parties which represents that the parties have a settlement in principle [ECF No. 31]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar, only if the parties are unable to memorialize their settlement in writing, and as long as the application to restore the action is made by **October 31, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: September 30, 2024**
**New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**